1

2

3

4

5

6                              UNITED STATES DISTRICT COURT
                               WESTERN DISTRICT OF WASHINGTON
7                                      AT SEATTLE

8    ALLAH,

9                      Petitioner,              Case No. C20-0784-JLR

10        v.

11   DONALD R. HOLBROOK ,                       ORDER DISMISSING ACTION

12                     Respondents.

13

14        The Court, having reviewed the Report and Recommendation of the Honorable Mary

15   Alice Theiler, United States Magistrate Judge, Petitioner's Objections (Dkt. ## 6, 6-1, and 7),

16   and the remaining record, hereby ORDERS:

17        (1)    The Report and Recommendation is approved and adopted;

18        (2)    Petitioner's application for writ of habeas corpus (Dkt. 3-1) and this action are

19   DISMISSED with prejudice under Rule 4 of the Rules Governing Section 2254 Cases in the United

20   States District Courts;

21        (3)    Petitioner's application to proceed with this action *in forma pauperis* (Dkt. 3) is

22   STRICKEN as moot;

23   / / /

ORDER DISMISSING ACTION - 1

(4)     In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED; and

(5)     The Clerk is directed to send copies of this Order to petitioner and to the Honorable Mary Alice Theiler.

DATED this 20th day of August, 2020.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING ACTION - 2